April 16, 2013

Terrence S. Miller
United States Bankruptcy Court
Middle District of Pennsylvania
P.O. Box 908
Harrisburg, PA 17108

Re: **ANDREW C. STURRUP**
     **Case No. 05-58763**

Dear Terry:

I am enclosing a check in the amount of $27,083.01 for deposit into the Registry of Unclaimed Funds.

This check is intended as payment to Claim No. SURPLUS-1. The name, last known address and amount claimed by the creditor is:

Andrew C. Sturrup
2038 Skyview Terrace
Tobyhanna, PA 18466

Amount: $0.00 (This was a Surplus Distribution)

Please feel free to call me if you have any questions regarding this matter.

Sincerely,

Phyllis A. Sheldon
Paralegal to Robert P. Sheils, Jr.

pas
enclosure

FILED HARRISBURG, PA. 2013 APR 19 AM 11:19 CLERK U.S. BANKRUPTCY COURT

{00563052/1}

# Exhibit C - Court Claims Register

**Case: 05-58763    STURRUP, ANDREW C.**

Claims Bar Date: 01/12/07

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | <7100-00 General Unsecured § 726(a)(2)>, 610 | | | | | |
| 3 -1 | eCAST Settlement Corporation successor to Spiegel Acceptance Corp POB 35480 Newark, NJ 07193-5480 | Unsecured 08/08/08 | Valid claim - RPS | $481.74 $481.74 | $0.00 | $481.74 |
| | <7200-00 Tardy General Unsecured § 726(a)(3)>, 620 | | | | | |
| 1I-1 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured 12/15/06 | | $434.48 $434.48 | $0.00 | $434.48 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 2I-1 | Midland Credit Management, Inc. 8875 Aero Drive, Suite 200 San Diego, CA 92123 | Unsecured 12/15/06 | | $136.43 $136.43 | $0.00 | $136.43 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| 3I-1 | eCAST Settlement Corporation successor to Spiegel Acceptance Corp POB 35480 Newark, NJ 07193-5480 | Unsecured 08/08/08 | | $140.10 $140.10 | $0.00 | $140.10 |
| | <7990-00 Surplus Cases Interest on Unsecured Claims (including priority)>, 640 | | | | | |
| SURPLUS-1 | STURRUP, ANDREW C. 2038 SKYVIEW TERR TOBYHANNA, PA 18466 | Unsecured 10/14/05 | | $27,083.01 $27,083.01 | $0.00 | $27,083.01 |
| | <8200-00 Surplus Funds Paid to Debtor § 726 (a)(6) (incl pmts to shareholders & ltd part)>, 650 | | | | | |

Case Total:    $19,117.90    $39,908.32