UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF: : Case No. 05-58763
:
Andrew C. Sturrup & Mary P Sturrup : PETITION FOR UNCLAIMED
: FUNDS AND ORDER THEREON
Debtor(s) :

I, the undersigned petitioner, under penalty of perjury under the laws of the United States of America declare (or certify, verify or state) that the following statements and information are true and correct:

1. I am petitioning to receive the total amount of $27,083.01 on behalf of the creditor Andrew C. & Mary P. Sturrup, whose social security or tax identification number is A: ▆▆▆-6528 M:▆▆▆-0231.

2. _____ A. I am the creditor named in point 1.
   _____ B. I am an employee of the creditor named in point 1 and my title is _____ and I am authorized by the creditor to file this petition.
   _X_ C. I am the lawful attorney-in-fact for the creditor named in point 1 and I am duly authorized by the attached original power of attorney to file this petition. I am aware of all pertinent state law requirements regarding such powers of attorney. The following is the creditor's address and phone number, and a brief history of the creditor (from filing of the claim to present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s):
   The original dividend check was sent to a Andrew C. Sturrup at 2038 Skyview Terrace, Tobyhanna, PA 18466. That address is no longer valid. The change of address may have prevented the delivery of the original dividend check.

   _____ D. Subparagraphs A, B & C above do not apply, but I am entitled to payment of such monies because (state basis for your claim): (Use attachment if insufficient space is provided)

3. Petitioner has made sufficient inquiry and has no knowledge that any other party may be entitled to, and is not aware of any dispute regarding, the funds at issue.

4. I understand that, pursuant to 18 U.S.C. § 152, I shall be fined not more than $5,000, or imprisoned not more than five years, or both, if I have knowingly and fraudulently made any false statements in this document.

5. On May 21, 2013 a copy of this document (fully completed) was mailed to the US Attorney, at PO Box 309, Scranton, PA 18501, Per 28 USC § 2042.

Executed on: May 21, 2013

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
TIN: 74-3049851
35308 SE Center St
Snoqualmie, WA 98065
(425) 836-5728

Sworn to and subscribed to before me this 21st day of May, 2013
Andrew T. Drake Notary Public in the State of Washington, County of King
My commission expires August 9, 2015

APPROVED AS TO FORM:

_____
FINANCIAL ADMINISTRATOR

IT IS SO ORDERED:

_____
Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANNIA

RE: Andrew C. Sturrup & Mary P Sturrup

Debtor(s)

Case: 05-58763

**AUTHORITY TO ACT**
**Limited Power of Attorney**
**LIMITED TO ONE TRANSACTION**

## USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Andrew C. & Mary P. Sturrup** ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$27,083.01** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

X _____  5/20, 20 13
Andrew C. Sturrup                  Date

Tax ID: XXX-XX-6528

X _____  5/20, 20 13
Mary P. Sturrup                    Date

Tax ID: XXX-XX-0231

### ACKNOWLEDGMENT

STATE OF Pennsylvania        COUNTY OF Monroe

On this 20th day of May, 2013, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) Andrew C. & Mary P. Sturrup known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.

NOTARY PUBLIC _Marta E. Torres_

Residing at _Monroe county_

My Commission expires _4/14/16_

NOTARIAL SEAL
MARTA E. TORRES
Notary Public
COOLBAUGH TWP., MONROE COUNTY
My Commission Expires Apr 14, 2016