# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**ANDREW C. STURRUP**
**MARY P. STURRUP**

\* Debtors

| | |
|---|---|
| Chapter: | 7 |
| Case Number: | 5-05-bk-58763-JJT |
| Document No.: | 96 |
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

# ORDER

**IT IS HEREBY ORDERED** that the Petition for Unclaimed Funds (Doc. #96) filed in the above-captioned bankruptcy matter on May 28, 2013, is approved.

Date: May 30, 2013

By the Court,

John J. Thomas, Bankruptcy Judge
(CMS)